# PERKINSCOIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

**T** +1.212.262.6900
**F** +1.212.977.1649
PerkinsCoie.com

June 13, 2024

Sonia Rachael Marie Farber
SFarber@perkinscoie.com
D. +1.332.238.2739
F. +1.212.977.1649

**VIA ECF**

Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

<div style="border:1px solid red">

Application granted.

Date: 6/13/24
New York, NY

SO ORDERED

_Rowian_

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

</div>

**Re:    *Sookul v. Flewd Inc.* – Docket No. 1:24-cv-03308-JMF-RFT**

Dear Judge Tarnofsky:

We represent Defendant Flewd Inc. in the above-captioned matter. Pursuant to Local Rules 7.1(d) and Your Honor's Individual Rule 1.E., we are writing to respectfully request a thirty (30) day extension of time for Defendant to answer or otherwise respond to the Complaint in this matter. Defendant's current deadline to respond is June 13, 2024.

Due to extenuating circumstances, Defendant only became aware of this action in the past week. Upon notice, Defendant contacted our office, and we promptly reached out to Plaintiff's counsel. We filed a Notice of Appearance earlier today. Therefore, Defendant hereby respectfully requests that the Court extend its time to file its answer or otherwise respond to the complaint to July 13, 2024.

Defendant has not previously requested an extension and counsel for Plaintiff consents to the requested extension, which does not affect any other scheduled case deadlines.

We thank the Court for all courtesies shown in this matter.

Sincerely,

*Sonia Farber*

Sonia Rachael Marie Farber